UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | 2:02-CR-00424-PMP-PAL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| ANTHONY LEE COLE JR., | ) | |
| Defendant. | ) | |

On May 2, 2011, the Court received the attached letter from Anthony Cole. It is self-explanatory.

IT IS ORDERED that Plaintiff United States and former counsel for Defendant Anthony Lee Cole Jr., shall, not later than June 6, 2011, file any motions which they deem appropriate in light of Defendant Cole's letter.

DATED: May 5, 2011.

_____
PHILIP M. PRO
United States District Judge