UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:02-CR-00424-PMP-PAL |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ANTHONY LEE COLE JR., ) | |
| Defendant. ) | |

The Court having read and considered Defendant Cole's Letter Motion To Run Nevada State Prison Sentence Concurrent to Federal Probation Violation (Doc. #35) and Motion for Appointment of Counsel (Doc. #36), and good cause appearing,

**IT IS ORDERED that** Defendant Cole's Letter Motion to Run Nevada State Prison Sentence Concurrent to Federal Probation Violation (Doc. #35) and Motion for Appointment of Counsel (Doc. #36), are **DENIED** without prejudice to Defendant Anthony Cole to make an appropriate request for relief to the Bureau of Prisons in accord with the information provided in the Government's Response (Doc. #38).

DATED: May 11, 2011.

_____
PHILIP M. PRO
United States District Judge